UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **DUKULAY MOHAMED TARAWALLY,** } | |
| Petitioner, } | |
| v. } | Case No.: 4:17-cv-1658-MHH-SGC |
| **UNITED STATES ATTORNEY GENERAL,** } | |
| Respondent. } | |

# MEMORANDUM OPINION

This action is before the Court on the respondent's August 18, 2018 motion to dismiss. (Doc. 15). On September 27, 2017, Mr. Tarawally filed a petition for writ of habeas corpus seeking his release from custody pending his removal to Liberia. (Doc. 1, p. 2). In his motion, the Attorney General contends that the Court should dismiss Mr. Tarawally's § 2241 habeas petition because United States Immigration and Customs Enforcement released Mr. Tarawally from custody on June 19, 2018. (Doc. 15-1, North Decl.). Although the Attorney General states that it did not serve Mr. Tarawally with a copy of the motion (Doc. 15, p. 6), the Court has confirmed with the Clerk's Office that Mr. Tarawally's counsel, Fatai A. Suleman, received a copy of the motion electronically on August 18, 2018 at 9:28 p.m. CDT.

Because Mr. Tarawally has been released from custody and deported to Liberia, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, by separate order, the Court will dismiss this matter. *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

**DONE** and **ORDERED** this September 28, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE